UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **MCLAWRENCE FULLER** | * | **CIVIL ACTION NO. 17-0408** |
| **VERSUS** | * | **JUDGE S. MAURICE HICKS, JR.** |
| **D. L. PETERSON TRUST CO., ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

### ORDER

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that McLawrence Fuller's "Motion to Dismiss Removal of Civil Action" and request to remand the matter to state court, plus his associated request for costs, fees, and penalties (Record Document 6), is **DENIED**, in its entirety.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 28th day of September, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE